# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

NATIONAL LABOR RELATIONS BOARD,
                          Petitioner,

v.

TASK FORCE SECURITY & INVESTIGATIONS, INC. (NJ) d/b/a TASK FORCE SECURITY & INVESTIGATIONS and TASK FORCE SECURITY and its *alter ego* TASK FORCE SECURITY & INVESTIGATIONS (NY),
                          Respondents,

and

ASTORIA HOLDING CORP.; AVENUE S NEIGHBORHOOD IMPROVEMENT ASSOCIATION; BAY RIDGE AIR RIGHTS, INC.; BEACH SIDE CIVIC LEAGUE; BRIGHAM PARK CO-OPERATIVE APARTMENTS, SECTION 4, INC.; CARNES MCKINNEY APARTMENTS, INC.; GERRITSEN APARTMENT CORP.; HELP USA; HSCB FOUNDATION, INC., SUNY HEALTH SCIENCE CENTER AT BROOKLYN; MIRAMAR YACHT CLUB; NY SOCIETY FOR DEAF HDFC, INC.; PROSPECT PARK SOUTH ASSOCIATION; T&E STORES; TANYA TOWERS; WEST 10th STREET BUILDING ASSOCIATION; and WESTMINSTER OWNERS CORPORATION,
                          Garnishees.

Case No. 97-MISC-334
(No. 97-3447 (3d Cir.))

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 20 2005 ★

BROOKLYN OFFICE

## ORDER FOR FURTHER DISPOSITION OF FUNDS
## PURSUANT TO GARNISHMENT

WHEREAS, on November 17, 2003, pursuant to 28 U.S.C. § 3205(c)(1), the Court issued a Writ of Garnishment applicable to assets of Respondents Task Force Security & Investigations, Inc. (NJ) d/b/a Task Force Security & Investigations and Task Force Security and its *alter ego* Task Force Security & Investigations, Inc. (NY) (herein referred to collectively as "Task Force") believed to be in the possession or control of the following Garnishees:

| | | |
|---|---|---|
| Astoria Holding Corp.<br>2181 Ralph Avenue<br>Brooklyn NY 11234 | Avenue S Neighborhood<br>Improvement Ass.<br>1956 Ocean Parkway<br>Brooklyn NY 11223 | Bay Ridge Air Rights, Inc.<br>260 65th Street<br>Brooklyn, NY 11220 |
| Beach Side Civic League, Inc.<br>177 Kensington St.<br>Brooklyn, New York 11235 | Brigham Park Co-operative<br>Apartments, Section 4, Inc.<br>c/o Arco Wentworth Management<br>3646 Nostrand Avenue, 4th Floor<br>Brooklyn, NY 11229 | Carnes McKinney Apartments,<br>Inc.<br>AAA Management, Agent<br>495 Broadway<br>New York, NY 10012 |
| Gerritsen Apartment Corporation<br>c/o Arco Wentworth Management<br>3646 Nostrand Avenue, 4th Floor<br>Brooklyn, NY 11229 | HELP USA<br>30 East 33rd Street<br>New York, NY 10017 | HSCB Foundation, Inc.<br>SUNY Health Science Center at<br>Brooklyn<br>Brooklyn, NY 11203 |
| Miramar Yacht Club<br>3050 Emmons Avenue<br>Brooklyn, NY 11235 | NY Society for Deaf HDFC Inc.<br>AAA Management Corp., Agent<br>495 Broadway<br>New York, NY 10012 | Prospect Park South Association<br>88 Buckingham Rd.<br>Brooklyn, New York |
| T&E Stores<br>6628 18th Avenue<br>Brooklyn, NY 11204 | Tanya Towers<br>c/o AAA Management Corp.,<br>Agent<br>495 Broadway<br>New York, NY 10012 | West 10th Street Bldg.<br>Association<br>89 Bleecker Street<br>New York, NY 10012 |
| Westminster Owners Corp.<br>111 Oriental Boulevard<br>Brooklyn, NY 11235 | | |

WHEREAS Task Force was duly notified of its right to a hearing and right to object to the Answers and Amended Answers of the Garnishees; more than twenty (20) days have elapsed since the answers of garnishees Brigham Park Co-operative Apartments, Section 4, Inc., and Gerritsen Apartments Corp. were served upon Task Force; and Task Force has neither requested a hearing nor objected to the Answers within the time provided by law;

WHEREAS $171,475.24 of Task Force's judgment debt to the Board is as yet unsatisfied;

WHEREAS Garnishee Brigham Park Co-operative Apartments, Section 4, Inc., states that at the time of the writ it was in possession of $9,525.04 in accounts owed to Task Force; and

WHEREAS Garnishee Gerritsen Apartments Corp. states that at the time of the writ it was in possession of $6,061.28 in accounts owed to Task Force;

IT IS THEREFORE ORDERED that:

Garnishee BRIGHAM PARK CO-OPERATIVE APARTMENTS, SECTION 4, INC., shall immediately pay over to Petitioner National Labor Relations Board ("the Board") the sum of $9,525.04.

Garnishee GERRITSEN APARTMENTS CORP. shall immediately pay over to the Board the sum of $6,061.28.

Said payments shall be made by check payable to the National Labor Relations Board and transmitted to the Board at the following address:

> William Mascioli
> National Labor Relations Board
> Contempt Litigation & Compliance Branch
> 1099 14th Street, NW – Suite 10700
> Washington, DC 20005-3419

IT IS FURTHER ORDERED that Garnishees Brigham Park Cooperative Apartments Section 4, Inc., and Gerritsen Apartments Corp. shall continue to honor the provisions of the Continuing Writ of Garnishment until Task Force's debt to the Board is paid in full or until further order of this Court.

ENTERED: 9-13-05

s/John Gleeson
JOHN GLEESON
UNITED STATES DISTRICT JUDGE